IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLARD F. HENRY | CIVIL ACTION |
| | NO. 10-03514 |
| v. | |
| CSX TRANSPORTATION, INC. | |

## ORDER

AND NOW, this 31 day of October, 2010, upon consideration of defendant's motion to transfer venue and plaintiffs response thereto, it is ORDERED that defendant's motion is GRANTED. This action is TRANSFERRED to the United States District Court for the Southern District of Ohio.

_____
THOMAS N. O'NEILL, JR., J.